Decided September 19, 2002

## STATE OF CONNECTICUT *v.* ARTHUR GREGG KRATZERT

The defendant's petition for certification for appeal from the Appellate Court, 70 Conn. App. 565 (AC 21910), is denied.

*Neal Cone,* senior assistant public defender, in support of the petition.

*Christopher T. Godialis,* assistant state's attorney, in opposition.

Decided September 19, 2002